UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -v-

GJETO PRELAJ,

            Defendant.

No. 16-cr-55-1 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of the government's response to Defendant's renewed motion for compassionate release from custody.  (Doc. No. 290.)  The government requests that Exhibit B to that response – a 55-page document consisting of Defendant's medical records – be filed under seal.  In light of the inclusion of Defendant's private medical information in Exhibit B, the Court concludes that the presumption in favor of open records is outweighed by Defendant's privacy interest.  *See United States v. Amodeo*, 71 F.3d 1044, 1051 (2d Cir. 1995).  Accordingly, IT IS HEREBY ORDERED THAT Exhibit B to the government's response shall be filed under seal.

SO ORDERED.

Dated:     June 24, 2020
           New York, New York

                           RICHARD J. SULLIVAN
                           UNITED STATES CIRCUIT JUDGE
                           Sitting by Designation